NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BETTY MITCHELL,                    )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No.   2D13-5871
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed May 22, 2015.

Appeal from the Circuit Court for Polk
County; Robert E. Beach, Senior
Judge.

Gary J. Schwartz of Brownstone, P.A.,
Winter Park, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa,
for Appellee.


KELLY, Judge.

        Betty Mitchell challenges the final order denying her motion for

postconviction relief alleging multiple claims of ineffective assistance of counsel.

She correctly argues that the postconviction court failed to make factual findings, either orally at the evidentiary hearing or in its written order, to support the denial of her claims. Accordingly, we reverse the final order and remand so that the court can make further findings of fact and conclusions of law as to the issues raised at the evidentiary hearing. See Fla. R. Crim. P. 3.850(f)(8)(A); Strianese v. State, 880 So. 2d 759 (Fla. 2d DCA 2004); Hunter v. State, 87 So. 3d 1273 (Fla. 1st DCA 2012).

Reversed and remanded with directions.

ALTENBERND and KHOUZAM, JJ., Concur.